**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01753-STV

JESSE RODGERS,

       Plaintiff,

v.

COREPOWER YOGA, LLC,

       Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant CorePower Yoga, LLC states that it is a Colorado limited liability company with its principal place of business in Denver, Colorado. Defendant CorePower Yoga, LLC is not publicly held and does not have any publicly held affiliates.

Respectfully submitted this 7th day of December, 2021.

       JACKSON LEWIS P.C.

       *s/ Melisa H. Panagakos*
       Ryan P. Lessmann
       Melisa H. Panagakos
       950 17th Street, Suite 2600
       Denver, CO 80202
       Telephone: (303) 892-0404
       Fax: (303) 892-5575
       Ryan.Lessmann@jacksonlewis.com
       Melisa.Panagakos@jacksonlewis.com

       *ATTORNEYS FOR DEFENDANT
       COREPOWER YOGA, LLC*

1

2

**CERTIFICATE OF SERVICE**

      I certify that on this 7th day of December, 2021, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was served via CM/ECF upon the following:

John Marrese
Carter Grant
Hart McLaughlin & Eldridge, LLC
22 West Washington, Suite 1600
Chicago, IL 60602
jmarrese@hmelegal.com
cgrant@hmelegal.com

*ATTORNEYS FOR PLAINTIFF*

                                                *s/ Denise Sisneros Schowe*
                                                for Jackson Lewis P.C.